## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> JUAN FELICIANO, <br> Defendant. | 4:12CR3095 <br><br> DETENTION ORDER <br><br> PETITION FOR ACTION ON CONDITIONS OF SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

October 4, 2012

BY THE COURT:

*s/Cheryl R. Zwart*
United States Magistrate Judge