IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:12CR3095 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN FELICIANO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss (filing 18) the petition for offender under supervision (filing 3) is granted. The defendant's violation of supervised release hearing scheduled for November 15, 2012, is canceled.

DATED this 14th day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge